## UNITED STATES BANKRUPTCY COURT
### SOUTHERN **DISTRICT OF** FLORIDA
### BROWARD COUNTY **DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| DV8, INC. § | Case No. 08-19123 RBR |
| Lauderdale Copa, Inc. § | |
| § | |
| Debtors § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOEL L. TABAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,077,669.43 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  170,347.00 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  591,105.59 | |

3) Total gross receipts of $ 761,452.59  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 761,452.59  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 61,080.31 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 591,105.59 | 591,105.59 | 591,105.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 7,327.26 | 6,327.26 | 6,327.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 8,618,858.60 | 5,670,576.34 | 164,019.74 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 9,278,371.76 | $ 6,268,009.19 | $ 761,452.59 |

4) This case was originally filed under chapter 11 on  07/01/2008 , and it was converted to chapter 7 on  03/18/2009 .  The case was pending for 96 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/27/2017                    By:/s/JOEL L. TABAS, TRUSTEE
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DV8 inc adv. Citizens case #CACE07003931 | 1129-000 | 525,000.00 |
| Lloyds of London -Hurricane Frances Claim | 1129-000 | 109,000.00 |
| LLoyds of London-Hurricane Wilma Claim | 1129-000 | 109,000.00 |
| General Steel Domestic Sales, LLC | 1241-000 | 7,000.00 |
| DS Realty, Inc. | 1241-000 | 11,444.40 |
| Post-Petition Interest Deposits | 1270-000 | 8.19 |
| **TOTAL GROSS RECEIPTS** | | **$ 761,452.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | BROWARD COUNTY REVENUE COLLECTION D | 4210-000 | NA | 61,080.31 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 61,080.31 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL L. TABAS, TRUSTEE | 2100-000 | NA | 41,322.63 | 41,322.63 | 41,322.63 |
| JOEL L. TABAS, TRUSTEE | 2200-000 | NA | 18.10 | 18.10 | 18.10 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 600.87 | 600.87 | 600.87 |
| TABAS, FREEDMAN, & SOLOFF, P.A. | 2300-000 | NA | -33.82 | -33.82 | -33.82 |
| Union Bank | 2600-000 | NA | 10,867.00 | 10,867.00 | 10,867.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| CHAPMAN SMITH | 3210-000 | NA | 210,000.00 | 210,000.00 | 210,000.00 |
| GREENSPOON MARDER | 3210-000 | NA | 65,625.50 | 65,625.50 | 65,625.50 |
| GREENSPOON MARDER, PA | 3210-000 | NA | 122,112.50 | 122,112.50 | 122,112.50 |
| CHAPMAN SMITH | 3220-000 | NA | 9,234.39 | 9,234.39 | 9,234.39 |
| GREENSPOON MARDER | 3220-000 | NA | 1,227.53 | 1,227.53 | 1,227.53 |
| GREENSPOON MARDER, PA | 3220-000 | NA | 4,650.15 | 4,650.15 | 4,650.15 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLASS RATNER | 3410-000 | NA | 25,823.00 | 25,823.00 | 25,823.00 |
| GLASS RATNER | 3420-000 | NA | 227.78 | 227.78 | 227.78 |
| COHEN, NORRIS, WOLMER, RAY, | 3721-000 | NA | 821.38 | 821.38 | 821.38 |
| PETER SOLNICK, ESQ. | 3991-000 | NA | 72,594.00 | 72,594.00 | 72,594.00 |
| PETER SOLNICK, ESQ. | 3992-000 | NA | 25,689.58 | 25,689.58 | 25,689.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 591,105.59 | $ 591,105.59 | $ 591,105.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | BROWARD COUNTY REVENUE COLLECTION D | 5800-000 | NA | 6,327.26 | 6,327.26 | 6,327.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,000.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 7,327.26 | $ 6,327.26 | $ 6,327.26 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | BANK OF AMERICA, N. A, | 7100-000 | NA | 32,833.18 | 32,833.18 | 949.69 |
| 000011 | BERNARD, GREGG | 7100-000 | NA | 1,563,493.85 | 0.00 | 0.00 |
| 000014 | BERNARD, GREGG | 7100-000 | NA | 2,844,870.30 | 2,844,870.30 | 82,287.03 |
| 000005 | BERNARD, LYNN | 7100-000 | NA | 613,300.00 | 0.00 | 0.00 |
| 000016 | BERNARD, LYNN | 7100-000 | NA | 521,305.00 | 521,305.00 | 15,078.59 |
| 000012 | BERNARD, MARILYN | 7100-000 | NA | 240,000.00 | 0.00 | 0.00 |
| 000015 | BERNARD, MARILYN | 7100-000 | NA | 395,379.23 | 395,379.23 | 11,436.23 |
| 000009 | CITIZENS | 7100-000 | NA | 531,488.41 | 0.00 | 0.00 |
| 000008 | CITY OF DANIA BEACH | 7100-000 | NA | 436.27 | 436.27 | 12.62 |
| 000004 | SINGERARCHITECTS | 7100-000 | NA | 58,103.32 | 58,103.32 | 1,680.62 |
| 000006 | DS REALTY, INC. | 7100-001 | NA | 1,742,255.04 | 1,742,255.04 | 50,394.21 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | GENERAL STEEL DOMESTIC SALES LLC | 7100-001 | NA | 75,394.00 | 75,394.00 | 2,180.75 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 8,618,858.60 | $ 5,670,576.34 | $ 164,019.74 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 08-19123 | RBR | Judge: RAYMOND B. RAY | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- | --- | --- |

Case Name:    DV8, INC.

Lauderdale Copa, Inc.

For Period Ending:  01/27/17

Date Filed (f) or Converted (c):    03/18/09 (c)

341(a) Meeting Date:    04/20/09

Claims Bar Date:    05/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 2780 S. Federal Hwy, Ft. Lauderdale | 2,622,400.00 | 0.00 | | 0.00 | FA |
| 2. 2800 S. Federal Hwy., Ft. Lauderdale | 5,362,621.00 | 0.00 | | 0.00 | FA |
| 3. Citicorp Global Markets Acct 0884 | 698.43 | 0.00 | | 0.00 | FA |
| 4. City of Ft. Laud. utility deposit | 950.00 | 0.00 | | 0.00 | FA |
| 5. 100% Interest in Lauderdale Copa | Unknown | 0.00 | | 0.00 | FA |
| 6. Billboard lease w/Clear Channel | Unknown | 0.00 | | 0.00 | FA |
| 7. First Capital Lending LLC-refundable commitment<br><br>In re: Adv. Pro. 10-02941-RBR /17/2011 (ECF 114) Order Continuing Pretrial Conference On (Re: 1 Complaint).<br><br>A Consent Final Judgement was entered against First Capital Lending, LLC in the amouNt of $100,000, which shall accrue post-judgment interest and has been recorded in Palm Beach County, FL and registered with the State of Florida<br><br>Order Granting Motion to Reserve Final Judgment, 11/8/13 (ECF 338) | 140,000.00 | 140,000.00 | | 0.00 | 1.00 |
| 8. Jeff Carroll refundable brokerage fee<br>An Amended Final Judgment was entered on 7/13/10, awarding the Plaintiff, Joel Tabas, Trustee $15,000.00.  On 4/12/11, an Order Granting Plaintiff's Motion to Compel Responses to Post-Judgment | 15,000.00 | 0.00 | | 0.00 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 08-19123 | RBR | Judge: RAYMOND B. RAY | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name:    DV8, INC.

Lauderdale Copa, Inc.

Date Filed (f) or Converted (c):  03/18/09 (c)

341(a) Meeting Date:  04/20/09

Claims Bar Date:  05/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Interrogatories and Post-Judgment Request for Production of Documents and for Sanctions against Jeffrey Charles Carroll was entered, requiring Jeffrey Carroll to provide a response within 10 days. However, counsel for the Trustee has advised that this judgment is likely uncollectible.<br>Order Granting Trustee's Motion to Reserve Final Judgment, 1/15/13 (ECF 300)<br>Order Granting Trustee's Motion to Reserve Final Judgment, 11/07/13 (ECF 335)<br><br>Order Granting Motion to Reserve Final Judgment, 1/15/13 (ECF 300) | | | | | |
| 9. DV8 inc adv. Citizens case #CACE07003931<br>Order Granting Motion to Approve Stipulation to Compromise Controversy, Payment to Special Counsel, and for Approval of Distribution of Settlement Funds Directly to Bankruptcy Estate, 12/17/15 (ECF 385) | Unknown | 0.01 | | 525,000.00 | FA |
| 10. Lloyds of London -Hurricane Frances Claim<br>Order Granting Motion to Compromise Controversy with Lauderdale Copa, Inc., 10/29/2010  (D.E. #208) | 250,000.00 | 109,000.00 | | 109,000.00 | FA |
| 11. LLoyds of London-Hurricane Wilma Claim<br>Included in settlement with Asset #10 | 250,000.00 | 109,000.00 | | 109,000.00 | FA |
| 12. Lloyds of London-theft claim | 50,000.00 | 0.00 | | 0.00 | FA |

Ver: 19.06c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      3

Exhibit 8

| Case No: | 08-19123   RBR   Judge: RAYMOND B. RAY | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | DV8, INC. | Date Filed (f) or Converted (c): | 03/18/09 (c) |
| | Lauderdale Copa, Inc. | 341(a) Meeting Date: | 04/20/09 |
| | | Claims Bar Date: | 05/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 13. First Capital Lending - breach of contract claim<br>    See Asset #7 | Unknown | 0.01 | | 0.00 | FA |
| 14. Copa nightclub | Unknown | 0.00 | | 0.00 | FA |
| 15. customer list | Unknown | 0.00 | | 0.00 | FA |
| 16. misc bar equipment | 12,500.00 | 0.00 | | 0.00 | FA |
| 17. liquor | 16,000.00 | 0.00 | | 0.00 | FA |
| 18. video/game equipment | 12,500.00 | 0.00 | | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 8.19 | FA |
| 20. General Steel Domestic Sales, LLC (u)<br><br>    Order Granting Motion to Approve Stipulation to Compromise<br>    Controversy, 4/25/11 (D.E. 245) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 21. DS Realty, Inc. (u)<br><br>    Order Approving Trustee's Motion to Approve Stipulation to<br>    Compromise Controversy (DE #230), 4/12/11  Note: the additional<br>    $44.40 not included in the Stipulatioin represents 38% of the interest on<br>    the funds the Clerk received; from date they  collected funds to the date<br>    they disbursed. | 0.00 | 11,444.40 | | 11,444.40 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     4

Exhibit 8

| | |
|---|---|
| Case No: | 08-19123    RBR   Judge: RAYMOND B. RAY |
| Case Name: | DV8, INC. |
| | Lauderdale Copa, Inc. |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/18/09 (c) |
| 341(a) Meeting Date: | 04/20/09 |
| Claims Bar Date: | 05/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Windsor Capital Group (Adv. Pro 10-03289) (u)  A Default Final Judgment was entered on 10/7/10, awarding the  Plaintiff, Joel Tabas, Trustee $15,000.00.  On 12/16,10, A Motion to  Compel Responses to Post-Judgment Interrogatories and Post-Judgment  Request for Production of Documents in addition to Motion For  Sanctions Against Neil W. Mandel as Representative of Windsor  Capital Group, LLC (the "Motion to Compel") was entered.  On  4/18/11, the Motion to Compel was withdrawn.  Order Granting Motion to Reserve Final Judgment, 1/15/13 (ECF 301) | 0.00 | 15,250.00 | | 0.00 | 1.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $8,732,669.43 | $391,694.42 | $761,452.59 | $2.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 03/17/16

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-19123 -RBR | |
| Case Name: | DV8, INC. | |
| | Lauderdale Copa, Inc. | |
| Taxpayer ID No: | *******5753 | |
| For Period Ending: | 01/27/17 | |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5950  EPI-NB GENERAL |
| Blanket Bond (per case limit): | $ 129,177,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/10 | | Westport Insurance Corporation | Per Order 10/26/10 (D.E. #208) Order Approving Amended Motion to Approve Stipulation to Compromise Controversy and for Approval of Execution of General Release (DE #196) | | 218,000.00 | | 218,000.00 |
| | 10 | ASSET 10 | Memo Amount:        109,000.00 | 1129-000 | | | |
| | 11 | ASSET 11 | Memo Amount:        109,000.00 | 1129-000 | | | |
| 11/30/10 | 19 | Union Bank | Interest Rate  0.050 | 1270-000 | 1.49 | | 218,001.49 |
| 12/02/10 | | Transfer to Acct #*******6768 | TRANSFER TO WRITE CHECKS | 9999-000 | | 98,283.58 | 119,717.91 |
| 12/31/10 | 19 | Union Bank | Interest Rate  0.050 | 1270-000 | 5.22 | | 119,723.13 |
| 01/06/11 | 000101 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2011 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000 on deposit as of November 30, 2010), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 174.40 | 119,548.73 |
| 01/31/11 | 19 | Union Bank | Interest Rate  0.000 | 1270-000 | 1.48 | | 119,550.21 |
| * 04/25/11 | 21 | DS Realty, Inc. | Per Order, 4/12/11 (D.E. 230) | 1241-003 | 11,400.00 | | 130,950.21 |
| * 04/25/11 | 21 | DS Realty, Inc. | Per Order, 4/12/11 (D.E. 230) wrong amt | 1241-003 | -11,400.00 | | 119,550.21 |
| 04/25/11 | 21 | DS Realty, Inc. | Per Order, 4/12/11 (D.E. 230) | 1241-000 | 11,444.40 | | 130,994.61 |

Page Subtotals        229,452.59        98,457.98

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-19123 -RBR | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | DV8, INC. | Bank Name: | Union Bank |
| | Lauderdale Copa, Inc. | Account Number / CD #: | *******5950  EPI-NB GENERAL |
| Taxpayer ID No: | *******5753 | | |
| For Period Ending: | 01/27/17 | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/11 | 20 | General Steel Corporation | Per Order, 4/25/11 (D.E. 245) | 1241-000 | 7,000.00 | | 137,994.61 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 336.79 | 137,657.82 |
| 10/19/11 | 000102 | Margaret J. Smith, CPA GlassRater Advisory & Capital Group 799 Brickell Plaza Suite 701 Miami, FL  33131 | First interim fees, pursuan to Order, 10/17/11 (ECF 261) | 3410-000 | | 15,703.60 | 121,954.22 |
| 10/19/11 | 000103 | Margaret J. Smith, CPA GlassRater Advisory & Capital Group 799 Brickell Plaza Suite 701 Miami, FL  33131 | First interim expenses, pursuant to Order, 10/17/11 (ECF 261) | 3420-000 | | 121.08 | 121,833.14 |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 336.79 | 121,496.35 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 329.41 | 121,166.94 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 297.45 | 120,869.49 |
| 01/17/12 | 000104 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2012 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2011), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 96.93 | 120,772.56 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 297.45 | 120,475.11 |
| 02/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 295.00 | 120,180.11 |

Page Subtotals            7,000.00            17,814.50

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

**Exhibit 9**

Case No:              08-19123  -RBR

Case Name:         DV8, INC.

                        Lauderdale Copa, Inc.

Taxpayer ID No:    *******5753

For Period Ending: 01/27/17

Trustee Name:           JOEL L. TABAS, TRUSTEE

Bank Name:               Union Bank

Account Number / CD #:    *******5950  EPI-NB GENERAL

Blanket Bond (per case limit):    $ 129,177,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 295.00 | 119,885.11 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 295.00 | 119,590.11 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 292.54 | 119,297.57 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 292.54 | 119,005.03 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 292.54 | 118,712.49 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 290.08 | 118,422.41 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 290.08 | 118,132.33 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 290.08 | 117,842.25 |
| 11/21/12 | 000105 | Cohen, Norris, Wolmer, Ray, Telepman & Cohen 712 US Highway One, Suite 400 North Palm Beach, FL 33408 | Order Granting Trustee's Motion for Order Allowing Payment to Mediator, 11/20/12 (ECF 290) Invoice #126889 | 3721-000 | | 821.38 | 117,020.87 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 150.00 | 116,870.87 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 144.86 | 116,726.01 |
| 01/10/13 | 000106 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2013 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2012), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 93.50 | 116,632.51 |

Page Subtotals       0.00      3,547.60

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        08-19123  -RBR

Case Name:    DV8, INC.

Lauderdale Copa, Inc.

Taxpayer ID No:    *******5753

For Period Ending: 01/27/17

Trustee Name:        JOEL L. TABAS, TRUSTEE

Bank Name:        Union Bank

Account Number / CD #:        *******5950  EPI-NB GENERAL

Blanket Bond (per case limit):        $ 129,177,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 148.51 | 116,484.00 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 148.61 | 116,335.39 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 156.35 | 116,179.04 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 172.86 | 116,006.18 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 167.06 | 115,839.12 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 172.39 | 115,666.73 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 166.57 | 115,500.16 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 171.86 | 115,328.30 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 171.62 | 115,156.68 |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 165.83 | 114,990.85 |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 171.10 | 114,819.75 |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 165.35 | 114,654.40 |
| 01/24/14 | 000107 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2014 Chapter 7 trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2013), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 91.88 | 114,562.52 |

Page Subtotals        0.00        2,069.99

Ver: 19.06c

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-19123 -RBR |
| Case Name: | DV8, INC. |
| | Lauderdale Copa, Inc. |
| Taxpayer ID No: | *******5753 |
| For Period Ending: | 01/27/17 |

| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5950  EPI-NB GENERAL |
| Blanket Bond (per case limit): | $ 129,177,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 170.61 | 114,391.91 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 170.37 | 114,221.54 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 153.55 | 114,067.99 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 169.71 | 113,898.28 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 164.02 | 113,734.26 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 169.25 | 113,565.01 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 163.54 | 113,401.47 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 168.74 | 113,232.73 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 168.49 | 113,064.24 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 162.82 | 112,901.42 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 168.01 | 112,733.41 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 162.34 | 112,571.07 |
| 01/12/15 | 000108 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2015 Chapter 7 Trustee Bond Number 016027932 ($80 per $1,000. on deposit as of November 30, 2014), pursuant to Local Rile 2016-1(A)(k) | 2300-000 | | 90.19 | 112,480.88 |

Page Subtotals            0.00            2,081.64

Ver: 19.06c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

**Exhibit 9**

Case No:        08-19123 -RBR
Case Name:    DV8, INC.
                    Lauderdale Copa, Inc.
Taxpayer ID No:  *******5753
For Period Ending: 01/27/17

Trustee Name:        JOEL L. TABAS, TRUSTEE
Bank Name:            Union Bank
Account Number / CD #:   *******5950  EPI-NB GENERAL

Blanket Bond (per case limit):  $ 129,177,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 167.51 | 112,313.37 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 167.19 | 112,146.18 |
| 03/24/15 | | TABAS, FREEDMAN, & SOLOFF, P.A. | REIMBURSEMENT 30% BOND | 2300-000 | | -33.82 | 112,180.00 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 150.74 | 112,029.26 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 166.64 | 111,862.62 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 161.11 | 111,701.51 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 166.21 | 111,535.30 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 160.62 | 111,374.68 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 165.74 | 111,208.94 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 165.48 | 111,043.46 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 159.91 | 110,883.55 |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 165.00 | 110,718.55 |
| 12/21/15 | 9 | CITIZENS PROPERTY INSURANCE CORPORATION | Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy, Payment to Special Counsel, and for Approval of Distribution of Settlement Funds Directly to | 1129-000 | 262,500.00 | | 373,218.55 |

Page Subtotals        262,500.00        1,762.33

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

**FORM 2**

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-19123 -RBR |
| Case Name: | DV8, INC. |
| | Lauderdale Copa, Inc. |
| Taxpayer ID No: | *******5753 |
| For Period Ending: | 01/27/17 |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5950  EPI-NB GENERAL |
| Blanket Bond (per case limit): | $ 129,177,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Bankruptcy Estate, 12/17/15 (ECF 385) | | | | |
| 12/21/15 | 9 | CITIZENS PROPERTY INSURANCE CORPORATION | Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy, Payment to Special Counsel, and for Approval of Distribution of Settlement Funds Directly to Bankruptcy Estate, 12/17/15 (ECF 385) | 1129-000 | 262,500.00 | | 635,718.55 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 159.44 | 635,559.11 |
| 01/04/16 | 000109 | Chapman Smith & Assoc. PLC c/o Chapman Smith, Esq. 2699 Stirling Rd., Ste A201 Ft. Lauderdale, FL 33312 | Order Granting Motion to Approve Stipulation to Compromise Controversy, Payment to Special Counsel, and for Approval of Distribution of Settlement Funds Directly to Bankruptcy Estate, 12/17/15 (ECF 385) | 3210-000 | | 210,000.00 | 425,559.11 |
| 01/04/16 | 000110 | Chapman Smith & Assoc. PLC c/o Chapman Smith, Esq. 2699 Stirling Rd., Ste A201 Ft. Lauderdale, FL 33312 | Order Granting Motion to Approve Stipulation to Compromise Controversy, Payment to Special Counsel, and for Approval of Distribution of Settlement Funds Directly to Bankruptcy Estate, 12/17/15 (ECF 385) | 3220-000 | | 9,234.39 | 416,324.72 |
| 01/06/16 | 000111 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA  70139 | 2016 Chapter 7 Trustee Bond Number 016027932 ($0.40 per $1,000, on deposit as of November 30, 2015), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 53.97 | 416,270.75 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 416.24 | 415,854.51 |
| | | | | | | | |

Page Subtotals     262,500.00     219,864.04

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

**FORM 2**

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 08-19123 -RBR | |
| Case Name: | DV8, INC. | |
| | Lauderdale Copa, Inc. | |
| Taxpayer ID No: | *******5753 | |
| For Period Ending: | 01/27/17 | |

| | | |
|---|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE | |
| Bank Name: | Union Bank | |
| Account Number / CD #: | *******5950  EPI-NB GENERAL | |
| | | |
| Blanket Bond (per case limit): | $ 129,177,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/03/16 | 000112 | Joel L. Tabas, Trustee<br>14 NE 1st Ave., Penthouse<br>Miami, FL 33132 | Chapter 7 Compensation/Fees | 2100-000 | | 41,322.63 | 374,531.88 |
| 08/03/16 | 000113 | Joel L. Tabas, Trustee<br>14 NE 1st Ave., Penthouse<br>Miami, FL 33132 | Chapter 7 Expenses | 2200-000 | | 18.10 | 374,513.78 |
| 08/03/16 | 000114 | United States Trustee<br><B>(ADMINISTRATIVE)</B><br>51 SW 1 Ave., Room 1204<br>Miami, FL 33130 | Claim 000007A, Payment<br>100.000000000% | 2950-000 | | 325.00 | 374,188.78 |
| 08/03/16 | 000115 | Greenspoon Marder, PA<br>525 Okeechobee Blvd., Ste 1570<br>West Palm Beach, FL 33401 | Atty for Trustee Fees (Other) | 3210-000 | | 65,625.50 | 308,563.28 |
| 08/03/16 | 000116 | Greenspoon Marder, PA<br>as assignee for Ruden McClosky<br>525 Okeechobee Blvd., Ste 1570<br>West Palm Beach, FL 33401 | Atty for Trustee Fees (Other) | 3210-000 | | 122,112.50 | 186,450.78 |
| 08/03/16 | 000117 | Greenspoon Marder, PA<br>525 Okeechobee Blvd., Ste 1570<br>West Palm Beach, FL 33401 | Atty for Trustee Exps (Othe | 3220-000 | | 1,227.53 | 185,223.25 |
| 08/03/16 | 000118 | Greenspoon Marder, PA<br>as assignee for Ruden McClosky<br>525 Okeechobee Blvd., Ste 1570 | Atty for Trustee Exps (Othe | 3220-000 | | 4,650.15 | 180,573.10 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 235,281.41 |

Ver: 19.06c

LFORM24

**FORM 2**

Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:    08-19123 -RBR

Case Name:    DV8, INC.

    Lauderdale Copa, Inc.

Taxpayer ID No:    *******5753

For Period Ending: 01/27/17

Trustee Name:    JOEL L. TABAS, TRUSTEE

Bank Name:    Union Bank

Account Number / CD #:    *******5950  EPI-NB GENERAL

Blanket Bond (per case limit):    $ 129,177,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | West Palm Beach, FL 33401 | | | | | |
| 08/03/16 | 000119 | GlassRatner Advisory & Capital Group LLC<br>c/o Carin B Sorvik, CPA<br>1400 Centrepark Blvd., Ste 860<br>West Palm Beach, FL 33401 | Acct for Trustee Fees (Other Firm) | 3410-000 | | 10,119.40 | 170,453.70 |
| 08/03/16 | 000120 | GlassRatner Advisory & Capital Group LLC<br>c/o Carin B Sorvik, CPA<br>1400 Centrepark Blvd., Ste 860<br>West Palm Beach, FL 33401 | Acct for Trustee Exps (Other Firm) | 3420-000 | | 106.70 | 170,347.00 |
| 08/03/16 | 000121 | Broward County Revenue Collection Division<br>Governmental Center Annex<br>115 South Andrews Avenue<br>Ft. Lauderdale, Fl. 33301 | Claim 000013, Payment 100.000000000% | 5800-000 | | 6,327.26 | 164,019.74 |
| 08/03/16 | 000122 | Bank of America, N. A,<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Claim 000002, Payment 2.892470361% | 7100-000 | | 949.69 | 163,070.05 |
| 08/03/16 | 000123 | SingerArchitects<br>Galleria Professional Building<br>915 Middle River Drive, Suite 404<br>Fort Lauderdale, FL 33304 | Claim 000004, Payment 2.892468107% | 7100-000 | | 1,680.62 | 161,389.43 |
| *  08/03/16 | 000124 | DS Realty, Inc. | Claim 000006, Payment 2.892470324% | 7100-003 | | 50,394.21 | 110,995.22 |

Page Subtotals    0.00    69,577.88

Ver: 19.06c

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**

Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 08-19123 -RBR | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DV8, INC. | | Bank Name: | Union Bank |
| | Lauderdale Copa, Inc. | | Account Number / CD #: | *******5950  EPI-NB GENERAL |
| Taxpayer ID No: | *******5753 | | | |
| For Period Ending: | 01/27/17 | | Blanket Bond (per case limit): | $ 129,177,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Scott Daiagi, President<br>101 NW 12 Terrace<br>Pompano Beach, FL 33069 | | | | | |
| | 08/03/16 | 000125 | City of Dania Beach<br>100 W. Dania Beach Blvd.<br>Dania, FL 33004 | Claim 000008, Payment 2.892704059% | 7100-000 | | 12.62 | 110,982.60 |
| * | 08/03/16 | 000126 | General Steel Domestic Sales LLC<br>Attn Patrick Frye<br>8321 S Sangre De Cristo #300<br>Littleton CO 80127 | Claim 000010, Payment 2.892471549% | 7100-004 | | 2,180.75 | 108,801.85 |
| | 08/03/16 | 000127 | Bernard, Gregg<br>610 SE 14th Court, #5<br>Fort Lauderdale, FL 33316 | Claim 000014, Payment 2.892470353% | 7100-000 | | 82,287.03 | 26,514.82 |
| | 08/03/16 | 000128 | Bernard, Marilyn<br>c/o Les Osborne<br>1380 N Federal Hwy #203<br>Boca Raton, FL 33432 | Claim 000015, Payment 2.892471109% | 7100-000 | | 11,436.23 | 15,078.59 |
| | 08/03/16 | 000129 | Lynn Bernard<br>c/o Eric Assouline, Esq<br>213 E Sheridan St., Ste 3<br>Dania Beach, FL 33004 | Claim 000016, Payment 2.892469859% | 7100-000 | | 15,078.59 | 0.00 |
| * | 09/08/16 | 000124 | DS Realty, Inc.<br>Scott Daiagi, President | Claim 000006, Payment 2.892470324%<br>payment returned as undeliverable | 7100-003 | | -50,394.21 | 50,394.21 |

Page Subtotals          0.00          60,601.01

Ver: 19.06c

**FORM 2**

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-19123 -RBR |
| Case Name: | DV8, INC. |
| | Lauderdale Copa, Inc. |
| Taxpayer ID No: | *******5753 |
| For Period Ending: | 01/27/17 |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5950  EPI-NB GENERAL |
| Blanket Bond (per case limit): | $ 129,177,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 101 NW 12 Terrace<br>Pompano Beach, FL 33069 | | | | | |
| 09/08/16 | 000130 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>301 North Miami Ave., Room 150<br>Miami, FL 33128 | Claim 000006, Payment 2.892470324% | 7100-001 | | 50,394.21 | 0.00 |
| * 12/06/16 | 000126 | General Steel Domestic Sales LLC<br>Attn Patrick Frye<br>8321 S Sangre De Cristo #300<br>Littleton CO 80127 | Stop Payment Reversal<br>SA | 7100-004 | | -2,180.75 | 2,180.75 |
| 12/06/16 | 000131 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>301 North Miami Ave., Room 150<br>Miami, FL 33128 | Claim 000010, Payment 2.892471549% | 7100-001 | | 2,180.75 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 218,000.00 | COLUMN TOTALS | 761,452.59 | 761,452.59 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 98,283.58 | |
| | | Subtotal | 761,452.59 | 663,169.01 | |
| Memo Allocation Net: | 218,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 761,452.59 | 663,169.01 | |

Page Subtotals        0.00        50,394.21

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

**FORM 2**

Page:    12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-19123 -RBR | |
| Case Name: | DV8, INC. | |
| | Lauderdale Copa, Inc. | |
| Taxpayer ID No: | *******5753 | |
| For Period Ending: | 01/27/17 | |

| | | |
|---|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE | |
| Bank Name: | Union Bank | |
| Account Number / CD #: | *******6768  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 129,177,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/10 | | Transfer from Acct #*******5950 | TRANSFER TO WRITE CHECKS | 9999-000 | 98,283.58 | | 98,283.58 |
| 12/02/10 | 010001 | Peter Solnick, Esq. Richard J. Burton & Associates, P.A. 2999 NE 191st St Ste 805 Aventura, Florida 33180-3116 | Costs, pursuant to Order Approving Amended Motion to Approve Stipulation to Compromise Controversy and for Approval of Executiion of General Release, 10/26/10 (D.E. #208) | 3992-000 | | 25,689.58 | 72,594.00 |
| 12/02/10 | 010002 | Peter Solnick, Esq. Richard J. Burton & Associates, P.A. 2999 NE 191st St Ste 805 Aventura, Florida 33180-3116 | Fees, pursuant to Order Approvin Amended Motion to Approve Stipulation to Compromise Controversy and for Approval of Executiion of General Release, 10/26/10 (D.E. #208) | 3991-000 | | 72,594.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 98,283.58 | 98,283.58 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 98,283.58 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | | 0.00 | 98,283.58 | |
| | | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 98,283.58 | |
| Total Allocation Receipts: | 218,000.00 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | TOTAL - ALL ACCOUNTS | | | | |
| | | EPI-NB GENERAL - *******5950 | | 761,452.59 | 663,169.01 | 0.00 |
| Total Memo Allocation Net: | 218,000.00 | Checking Account (Non-Interest Earn - *******6768 | | 0.00 | 98,283.58 | 0.00 |
| | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 761,452.59 | 761,452.59 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        98,283.58        98,283.58

Ver: 19.06c

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    13

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-19123  -RBR | |
| Case Name: | DV8, INC. | |
| | Lauderdale Copa, Inc. | |
| Taxpayer ID No: | *******5753 | |
| For Period Ending: | 01/27/17 | |

| | | |
|---|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******6768  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 129,177,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EPI-NB GENERAL - *******5950
Checking Account (Non-Interest Earn - *******6768

| | | | | | |
|---|---|---|---|---|---|
| | Page Subtotals | | 0.00 | 0.00 | |

Ver: 19.06c